**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JANICE HALL and ELLIS D. HALL** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:25-cv-249-RPC-RP**

**STATE FARM FIRE AND CASUALTY COMPANY** **DEFENDANT**

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENTS**

Before the Court is Defendant State Farm Fire and Casualty Company's Unopposed Motion for Leave to File Exhibits to its Motion for Summary Judgment Under Seal [73]. Having considered the Motion and finding that it is unopposed, the Court finds that the Motion should be granted and the Defendant is hereby permitted to file the requested documents as restricted. The restricted documents should be emailed, together with a copy of this Order, to the Clerk at ecf_information@msnd.uscourts.gov. The Clerk is instructed to docket the documents as restricted to the parties.

**SO ORDERED**, this the 24 day of September, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**